UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEPHANIE T. CHAPMAN,

    Plaintiff,

vs.

NEVADA DEPARTMENT OF TRANSPORTATION, et al.,

    Defendants.

Case No. 3:25-CV-00061-ART-CLB

ORDER RE: PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF Nos. 11, 12)

Plaintiff, acting *pro se* and thus not represented by counsel, has filed a motion for temporary restraining order and/or preliminary injunction (ECF Nos. 11, 12)[1]. The motion is signed by "Kameron Hampton" who is not a party to this action. Pursuant to Federal Rule of Civil Procedure 11(a), "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name--or by a party personally if the party is unrepresented." Additionally, a person who is not a party to an action "cannot, without any disclosed interest in the result thereof, make a motion." *Union Carbide Corp. v. Filtrol Corp.*, 278 F. Supp. 553, 557 (C.D. Cal.1967)).

Under Rule 11(a), "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Plaintiff shall have until Friday, May 16, 2025 to re-file this motion with her signature as required by Rule 11. If Plaintiff fails to do so, the Court will strike Plaintiff's motion.

### I. Conclusion

It is therefore ordered that Plaintiff must re-file her motion for temporary

---

[1] ECF Nos. 11 and 12 are identical but docketed separately due to the relief sought.

1

restraining order and/or preliminary injunction with her signature by Friday, May 16, 2025. If Plaintiff fails to do so, the Court will strike Plaintiff's motion.

Dated this 2nd day of May 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE